

# Missouri Court of Appeals
## Southern District

**MAY 27, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD34065

    Re:  TOWER LOAN OF MISSOURI, LLC
         d/b/a TOWER LOAN OF SPRINGFIELD,
         Respondent,
         vs.
         KAREN HUNT,
         Appellant.